# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RICHARD L. PETERS,

    Petitioner

    v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,

    Respondent

: No. 723 MAL 2017
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

RICHARD L. PETERS,

    Petitioner

    v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,

    Respondent

: No. 724 MAL 2017
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.